UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                         CASE NO. 07 B 09163
   BRYON THIES
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-7078
```

---
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/19/07 .

   2.  The case was converted to Chapter 7 without confirmation, 09/27/2007.

   3.  The Debtor paid a total of $   1493.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC/HOMECOMINGS | CURRENT MORTG | .00 | .00 | .00 |
| GMAC/HOMECOMINGS | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GMAC MORTGAGE CORP | SECURED | .00 | .00 | .00 |
| GMAC MORTGAGE CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| EDWARDS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD MEDICAL GRP #11 B | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| RECOVERY BUREAU OF AMERI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KEVIN KING MD | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, CHARLES R WOLF & ASSOC        , was allowed $   2500.00
and was paid $   600.00   direct and $   1431.81   through the plan.

The Trustee received $     61.19 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 12/20/07                              /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE

                                  PAGE  2
     CASE NO. 07 B 09163 BRYON THIES